FILED

MAR 3 1 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

**Priority**
**Send**
**Enter**
**Closed**
**JS-5/JS-6**
**JS-2/JS-3**
**Scan Only**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| JAMES E. BOLDEN, *aka* "TRAVON JOHNSON," <br>              Petitioner, <br><br>        v. <br><br> L. E. SCRIBNER, WARDEN, <br><br>            Respondent. | NO. CV 06-7715 CAS (FFM) <br><br> JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: _3/31/08_

_christina a. snyder_
CHRISTINA A. SNYDER
United States District Judge